# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H.S., | : | No.3:17cv1839 |
|     **Plaintiff** | : | |
| | : | (Judge Munley) |
|     v. | : | |
| | : | |
| **STROUDSBURG AREA SCHOOL DISTRICT and BRANDON W. FLATLEY,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 24th day of September 2018, it is hereby ordered as follows:

    1.) Defendant Stroudsburg Area School District's motion to dismiss Counts I, III, and IV of plaintiff's amended complaint (Doc. 16) is **GRANTED.** Defendant Stroudsburg Area School District is **DISMISSED** from this matter without prejudice;

    2.) Defendant Brandon W. Flatley's motion to dismiss Counts II and V (Docs. 26, 27) is **DENIED**; and

    3) Plaintiff has **twenty (20) days** from the date of this order to file a second amended complaint.

                                                 **BY THE COURT:**

                                                 s/ James M. Munley_____
                                                 **JUDGE JAMES M. MUNLEY**
                                                 **United States District Judge**