**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **H.S.,** | : | **No. 3:17cv1839** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **STROUDSBURG AREA SCHOOL,** | : | |
| **DISTRICT and BRANDON W.** | : | |
| **FLATLEY,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 28th day of January 2019, it is hereby **ORDERED** that Defendant Stroudsburg Area School District's (hereinafter "SASD") motion to dismiss counts 1, 3, and 4 (Doc. 37) is **DENIED.** Defendant Brandon Flatley and Defendant SASD are directed to answer the complaint within twenty-one (21) days from the date of this order.

                                                **BY THE COURT:**

                                                **s/ James M. Munley**
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**